Case 3:23-cr-00228-DDL   Document 18   Filed 02/09/23   PageID.34   Page 1 of 2

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

FILED
FEB 09 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| Fernando Aquino-Lopez | Case Number: 3:23-cr-00228-DDL |
| | Emily Child, Federal Defenders of San Diego |
| | Defendant's Attorney |

**USM Number** 07222506

☐ THE DEFENDANT:

☒ pleaded guilty to count(s)  One of the Information

☐ was found guilty on count(s) _____
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 8 U.S.C. § 1325(a)(1) | Improper entry by an Alien | 1 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  Two  is  dismissed on the motion of the United States.

Assessment : $10.00

☒ Pursuant to the motion of the United States under 18 U.S.C. § 3573, the special assessment provided for under 18 U.S.C. § 3013 is waived and remitted as uncollectible.

☐ JVTA Assessment*: $
*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

☒ No fine    ☐ Forfeiture pursuant to order filed _____ , included herein.

February 9, 2023
Date of Imposition of Sentence

_/s/ David Leshner_
HON. David D. Leshner
UNITED STATES MAGISTRATE JUDGE

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | Fernando Aquino-Lopez | Judgment - Page **2** of **2** |
| CASE NUMBER: | 3:23-cr-00228-DDL | |

## PROBATION

The defendant is hereby sentenced to probation for a term of:
One Year (Unsupervised)

## MANDATORY CONDITIONS

1. The defendant must not commit any federal, state or local crime.
2. The defendant must not unlawfully enter or attempt to enter the United States.